2009-31872
FILED
June 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001885930

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                     )

     LINDA L BEDROSIAN-WHEELER      )

                             )

                             )    Case No.

                             )

                             )

               Debtor(s).     )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]    on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[**required** with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]    typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]    electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __41_ creditors, *[**required** with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    **June 10, 2009**                    **/s/ LINDA L BEDROSIAN-WHEELER**

                                                    Debtor's Signature

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

LINDA L BEDROSIAN-WHEELER

BANK OF AMERICA
P O BOX 45224
Jacksonville, FL 32232-5224

BANK OF AMERICA
P O BOX 30610
Los Angeles, CA 90030-0610

BANK OF AMERICA
9000 SOUTHSIDE BLVD
BLDG 600   FL9-600-02-15
Jacksonville, FL 32256-0789

BAY ALARM
P O BOX 7137
San Francisco, CA 94120-7137

BENEFICIAL PAYMENT PROCESSING
P O BOX 5240
Carol Stream, IL 60197-5240

BENEFICIAL/HFC
P O BOX 1547
Chesapeake, VA 23327-1547

BENEFICIAL/HFC
961 N WEIGEL AVE
Elmhurst, IL 60126-1058

CAPITAL ONE
P O BOX 36347
Houston, TX 77236-9998

CAPITAL ONE BANK
P O BOX 60599
City Of Industry, CA 91716-0599

CAPITAL ONE BANK
P O BOX 30281
Salt Lake City, UT 84130-0281

CHEVRON
P O BOX 981430
El Paso, TX 79998-1430

CITY OF SACRAMENTO
P O BOX 2770
Sacramento, CA 95812-2770

CITY OF SACRAMENTO
DEPARTMENT OF UTILITIES
CUSTOMER SERVICE
1395 35TH AVE
Sacramento, CA 95822-2911

CLIENT SERVICES INC
3451 HARRY S TRUMAN BLVD
Saint Charles, MO 63301-4047

COMCAST CABLE
P O BOX 34227
Seattle, WA 98124-1227

COUNTY OF SACRAMENTO UTILITIES
9700 GOETHE RD  STE C
Sacramento, CA 95827-3558

DIRECT TV
P O BOX 54000
Los Angeles, CA 90054-1000

ENCORE RECEIVABLE MANAGEMENT INC
400 N ROGERS RD
P O BOX 3330
Olathe, KS 66063-3330

FINGERHUT
P O BOX 166
Newark, NJ 07101-0166

FINGERHUT/CIT BANK
6250 RIDGEWOOD RD
Saint Cloud, MN 56303-0820

GE MONEY BANK
P O BOX 981400
El Paso, TX 79998-1400

HOME DEPOT
P O BOX 6028
The Lakes, NV 88901-6028

HOME DEPOT
541 SID MARTIN RD
Johnson City, TN 37615-6210

HOME DEPOT/CBSD
P O BOX 6497
Sioux Falls, SD 57117-6497

INDYMAC BANK
P O BOX 78826
Phoenix, AZ 85062-8826

INDYMAC BANK
6900 BEATRICE DR
Kalamazoo, MI 49009-9559

INDYMAC BANK
P O BOX 2971
Phoenix, AZ 85062-2971

NEW VENTURE MORTGAGE CORP
5098 FOOTHILLS BLVD  STE #3 BOX 340
Roseville, CA 95747-6526

NORDSTROM
P O BOX 13589
Scottsdale, AZ 85267-3589

NORDSTROM BANK
P O BOX 6566
Englewood, CO 80155-6566

PG&E
P O BOX 997300
Sacramento, CA 95899-7300

QUALITY LOAN SERVICE CORP
2141 5TH AVE
San Diego, CA 92101-2101

RESS FINANCIAL CORP
1780 TOWN AND COUNTRY DR  STE 105
Norco, CA 92860-3618

RVP COMPANY
8110 MORGAN HILL WAY
Sacramento, CA 95828-6344

SACRAMENTO COUNTY
TAX COLLECTOR
P O BOX 508
Sacramento, CA 95812-0508

SMUD
P O BOX 15555
Sacramento, CA 95852-1555

SMUD
P O BOX 15830
Sacramento, CA 95852-1830

THE CBE GROUP INC-FORMER
131 TOWER PARK DR
P O BOX 900
Waterloo, IA 50704-0900

THE SACRAMENTO BEE
2100 Q ST
P O BOX 15779
Sacramento, CA 95852-0779

VERIZON WIRELESS
P O BOX 9622
Mission Hills, CA 91346-9622

XM RADIO
P O BOX 33174
Detroit, MI 48232-5280