Antonia G. Darling [State Bar No. 76190]
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office Of The United States Trustee
501 I Street, Suite 7-500
Sacramento, California 95814
Telephone: (916) 930-2100
Facsimile:  (916) 930-2099

Attorneys for the Acting United States Trustee,
Region 17, August B. Landis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | NO: 09-31872-C-7 |
| LINDA L. BEDROSIAN-WHEELER, | DC No.: UST-1 |
| | **CHAPTER 7 PROCEEDING** |
| Debtor. | **No hearing requested** |

**MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE**

TO THE HONORABLE CHRISTOPER M. KLEIN, BANKRUPTCY JUDGE:

COMES NOW THE UNITED STATES TRUSTEE, through undersigned counsel, respectfully requesting the Court as follows:

1. The above-captioned case was filed on June 10, 2009, and Geoffrey Richards was appointed as the Trustee. The Trustee was then relieved by the court when the case was closed on October 6, 2009.

2. Based upon the attached declaration of Geoffrey Richards, there appears to be good cause to reopen this case to administer additional assets.

MOTION OF THE UNITED STATES
TRUSTEE TO REOPEN CASE

1

3. As there appear to be assets which need to be liquidated and distributed to the creditors, the United States Trustee states that a Chapter 7 Trustee will need to be appointed to protect the interests of the creditors and to insure the efficient administration of the estate.

**WHEREFORE**, the United States Trustee prays the Court to ORDER the above-captioned case reopened pursuant to 11 U.S.C. 350(b) so that these assets may be administered; and, that the Court find that a Trustee is necessary in this case, and direct that the United States Trustee so appoint a trustee, pursuant to Bankruptcy Rule 5010.

Executed at Sacramento, California on November 12, 2013.

Respectfully Submitted,

  */s/ Antonia G. Darling*
ANTONIA G. DARLING
Assistant U.S. Trustee
Email: Antonia.darling@usdoj.gov