Antonia G. Darling [State Bar No. 76190]
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office Of The United States Trustee
501 I Street, Suite 7-500
Sacramento, California 95814
Telephone: (916) 930-2100
Facsimile:　(916) 930-2099

Attorneys for the Acting United States Trustee,
Region 17, August B. Landis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

LINDA L. BEDROSIAN-WHEELER,

　　　　　Debtor.

NO: 09-31872-C-7

DC No.: UST-1

**CHAPTER 7 PROCEEDING**

**No hearing requested**

DECLARATION OF GEOFFREY RICHARDS
IN SUPPORT OF MOTION OF
THE UNITED STATES TRUSTEE
TO REOPEN CASE

1

# DECLARATION OF GEOFFREY RICHARDS IN SUPPORT OF MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE

I, GEOFFREY RICHARDS, declare that if called to testify, I would state as follows:

1. I am the Chapter 7 trustee who was originally assigned to this case.

2. I was appointed in this matter on June 11, 2009. The case closed on October 6, 2009.

3. I was recently advised by Jay Blocksom of Blocksom & Blocksom LLC, an asset recovery organization, that Debtor Linda Bedrosian Wheeler is the beneficiary of her mother's probate estate and that her mother, Thelma Louise Bedrosian, passed away before the Debtor filed this case. The Debtor was the beneficiary of her mother's estate before she filed this case and her interest in the estate was not listed on her schedules. As a result, the Debtor's case should be reopened to administer this asset for the benefit of the creditors of her estate.

I have personal knowledge of the facts contained in this declaration and I could and would testify competently in a court of law.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

Executed on November 11, 2013, at Orinda, California.

_____
GEOFFREY RICHARDS

DECLARATION OF GEOFFREY RICHARDS
IN SUPPORT OF MOTION OF　　2
THE UNITED STATES TRUSTEE
TO REOPEN CASE