```
 1  THE SUNTAG LAW FIRM
    A Professional Corporation
 2  DANA A. SUNTAG (California State Bar No. 125127)
    LORIS L. BAKKEN (California State Bar No. 215033)
 3  The Kress Building
    20 North Sutter Street, Fourth Floor
 4  Stockton, California  95202
    Telephone: (209) 943-2004
 5  Facsimile:  (209) 943-0905

 6  Attorneys for Chapter 7 Trustee
    GEOFFREY RICHARDS
 7
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LINDA L. BEDROSIAN-WHEELER,<br><br>　　　　Debtor. | NO: 09-31872-C-7<br><br>DC No.: SLF 2<br><br>**EXHIBITS TO CHAPTER 7 TRUSTEE GEOFFREY RICHARDS' VERIFIED APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ASSET RECOVERY SPECIALIST JAY BLOCKSOM OF BLOCKSOM & BLOCKSOM, LLC**<br><br>Date: January 7, 2014<br>Time: 9:30 a.m.<br>Place: Department C<br>The Honorable Christopher M. Klein |

| | | |
|---|---|---|
| Exhibit A: | October 29, 2013, email from Jay Blocksom to Geoffrey Richards |
| Exhibit B: | Printout from Placer County Treasurer – Tax Collector website regarding Unclaimed Money – Heirs Trust |
| Exhibit C: | November 1, 2013, email from Jay Blocksom to Geoffrey Richards |
| Exhibit D: | Jay Blocksom Resume |

EXHIBITS TO APPLICATION FOR AUTHORIZATION
TO EMPLOY ASSET RECOVERY SPECIALIST　　1

**From:** Jay Blocksom [mailto:jay.blocksom@goodnewsassetrecovery.com]
**Sent:** Tuesday, October 29, 2013 4:26 PM
**To:** grtrustee@pacbell.net
**Subject:** Linda L Wheeler-Bedrosian BK - 09-31872

Dear Trustee Richards,

As per your email directions - please find attached PDF information concerning a bankruptcy debtor -
Linda L. Wheeler-Bedrosian for which you were listed as the trustee.

Please acknowledge upon your review.

Thank you.


Sincerely,

Jay Blocksom
President

*Blocksom & Blocksom LLC*
69 Willie Head Rd
Buchanan, GA 30113
(770) 651-7973
goodnewsassetrecovery.com

EXHIBIT __A__ PAGE __1__

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended Recipient, nor the authorized agent to receive for the recipient, please contact the sender by reply e-mail and delete all copies of this message.

To:     Geoffrey Richards, Trustee

From:   Jay Blocksom, President, *Blocksom & Blocksom LLC* - Asset Recovery Services

Re:     Recovery of Monies Due to the Bankruptcy Court


Dear Trustee Richards,

My name is Jay Blocksom of *Blocksom & Blocksom LLC*, and we specialize in providing asset recovery services.

We have identified funds held by a County or State Court that are due to the Bankruptcy Court. These funds are in the debtor's name and the Bankruptcy court was not notified, as the governmental entity does not index Bankruptcy Court cases in their system.

The funds we research are created by foreclosure overages, unclaimed probate, tax refunds, condemnation overages, eminent domain payments, etc. No claim has been made on the funds, because the county or state court has been unable to find the claimant. We work on a contingency basis, relying on a referral fee of 25%, payable only if and when you are successful claiming the funds.

We can confirm that these funds are still being held and have cross referenced the debtor information against the claimant due from the county or state court. If you agree you that would be willing to consider recovering these funds for the Bankruptcy Court, please let us know, and we will pass on the information you need to make the claim.

Bankruptcy case: 0931872; Original Trustee: Geoffrey Richards; Original; Judge: Hon. Christopher M. Klein
Case was Filed: 06/10/2009; Discharged 09/21/2009; Terminated 10/06/2009
Amount of monies held that the Bankruptcy Court can recover: $246,906.69
Year monies was created: 2013

> *Note: this money was tentatively available to the debtor two months after her bankruptcy filing but not available until 2013.*

If you do not wish to claim the funds, please let me know. I can work with the debtor to recover them.

Respectfully,


Jay Blocksom
President
*Blocksom & Blocksom LLC*
69 Willie Head Rd
Buchanan, GA 30113
(770) 651-7973
goodnewsassetrecovery.com

EXHIBIT __A__ PAGE __2__

This is a copy of our standard agreement:

Asset Recovery Agreement
California Eastern District Bankruptcy Court, 'BC'
Jay Blocksom, *Blocksom & Blocksom LLC*, 'ARS'

Claimant agrees to the following terms and conditions regarding the recovery of monies the Court is due:

1. 'BC' enlists the help of 'ARS' for the recovery of monies due the court.

2. Amount of monies held is $246,906.69. This will be disbursed as follows:
   'BC' is to receive 75% of the gross monies recovered
   'ARS' is to receive 25% of the gross monies recovered
   'ARS' is to be paid from 'BC' after 'BC' receives funds and they have cleared 'BC's' account.

3. 'BC' is responsible for all costs associated with the retrieval of the funds from the court where these funds are held.

4. Bankruptcy case number: 09-31872, debtor Linda L Bedrosian-Wheeler.

5. Date funds were created: 2012/2013

6. Amount of funds held by the County/State – $246,906.69

7. Upon receipt of BC representative signature, full case information – court location, source of funds, etc., will be provided.


Signed _____ Dated _____

Printed name of BC representative _____

Title of BC representative _____

We look forward to working with you!


Sincerely,

Jay Blocksom
President
(770) 651-7973

*Blocksom & Blocksom LLC*
69 Willie Head Rd
Buchanan, GA 30113
(770) 651-7973
goodnewsassetrecovery.com

EXHIBIT __A__ PAGE __3__



# Unclaimed Money - Heirs Trust

## COUNTY OF PLACER - HEIRS TRUST

| DATE RECEIVED | ESTATE OF | MISSING HEIRS | AMOUNT UNCLAIMED |
|---|---|---|---|
| 06 26 12 | ALBERT MOORE III Case # SPR 6139 | DON MOORE | $7,038.95 |
| 06 29 12 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $104.15 |
| 08 21 12 | FRANK A. MORGANARI Case # SPR 3029 | TIMOTHY CHANDLER | $500.00 |
| 10 05 12 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $104.15 |
| 11 29 12 | EDWARD MORRIS ALVEY Case # SPR 6011 | CHARLES WHIDDON | $2,451.38 |
| 12 31 12 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $104.15 |
| 01 28 13 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $123.55 |
| 02 07 13 | THELMA BEDROSIAN Case # SPR 5649 | LINDA BEDROSIAN | $246,906.69 |
| 02 07 13 | THELMA BEDROSIAN Case # SPR 5649 | ADRIENNE BEDROSIAN | $10,000.00 |
| 04 03 13 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $98.94 |
| 07 01 13 | JOHN L. JAMES Case # SPR 3095 | WILLIAM JAMES | $98.94 |

For more information regarding unclaimed money, please contact the Treasurer's Office at (530) 889-4136.

© 2013 County of Placer, California | Legal Notices | Contact Us | Sign up for County e-News

EXHIBIT ____ PAGE ____

**From:** Jay Blocksom [mailto:jay.blocksom@goodnewsassetrecovery.com]
**Sent:** Friday, November 01, 2013 12:17 PM
**To:** grtrustee@pacbell.net
**Cc:** Dana A. Suntag; antonia.darling@usdoj.gov
**Subject:** Re: Linda Bedrosian - Bk No. 0931872

Hi Geoff,

Here's the obituary for Thelma L. Bedrosian along with the other information we believe confirms that the Linda Bedrosian mentioned on Placer County's missing heirs and the Linda Bedrosian who filed for bankruptcy with the Eastern District Bankruptcy Courty are one and the same. Note: the middle name and last name of the deceased' obituary is the same middle name and last name as the debtor's which shows a bankruptcy filing for 2009 (page 6 or last page of the pdf file.)

If I can be of any further assistance, please feel free to contact me.

Sincerely,


Jay Blocksom
President

Blocksom & Blocksom LLC
69 Willie Head Rd
Buchanan, GA 30113
770-651-7973 (office)
770-573-6035 (fax)
www.goodnewsassetrecovery.com

EXHIBIT C PAGE 1

# Auburn Journal

| News | Sports | Living | Opinion | Multimedia | Calendar | Contact | Classifieds |

**Resources** | Florist Directory | Public / Driving Records | Newspaper Archive to 1890 | Find Death Certificates

Login with Facebook

## Search Obituaries & Guest Books

**Auburn Journal**

You are searching: First Name, Last Name, Keyword — Past 2 weeks — Search

Powered by Legacy.com



- ADVERTISEMENT -

## Thelma Lorene Bedrosian (1924 - 2009)

### Obituary

Thelma Lorene Bedrosian
7/19/1924 - 4/18/2009

Thelma Lorene Bedrosian, Entered into this world on July 19, 1924 and was set free on April 18, 2009.
Preceded in death by her husband of 67 years Eddie, her parents Helen and Herman Roberts and siblings Bud, Alta, Lola, Nellie and Bonnie. Beloved mother of Linda Bedrosian and Sandra Magnotta; grandmother to eight precious grandchildren; and great-grandmother of 13. Survived by a sister Edna Faye and many nieces and nephews.
Funeral Services will be held Saturday, April 25, 2009 at Cochrane's Chapel of the Roses beginning at 11 a.m. Viewing will be held Saturday beginning at 9 a.m. until service time. Committal services will be held privately on Monday at Roseville District Cemetery.

Published in Gold Country Media Newspapers on Apr. 25, 2009

### Guest Book

1 entry

*"My condolences to you and your family. My mother was also..."*

**- Jane Murnane**

The Guest Book is expired.

**Restore the Guest Book**



EXHIBIT C PAGE 2



EXHIBIT __C__ PAGE __3__

Customer Support
(888) 493-2209
customersupport@tlo.com
Cost this Session: $2.00

INFO@GOODNEWSASSETRECOVERY.COM | Search History | Permissible Use/GLBA/DPPA | Preferences | My Account | Sign Out

**Main Page** | People | Business Plus | Criminal Records | Courts | Assets | California

Advanced | Expert Plus | Expanded Expert | Deceased | Phones | Licenses | Emails

## Advanced Search People

VIDEO E-TRAINING

Last Name: BEDROSIAN
Last Name Sounds Like ☐

First Name: LINDA
Exact First ☐

Middle Name: LORENE
[One Line Entry]

DOB: 
12/27/1967 or 12/27 or 1967

Age Range: —

SSN: 
Full, First 5 digits, or Last 4 digits

Address (or just street name, building name, community name)

DL, Email, Domain, or IP

Zip, Zip 9, City, County, or State

Phone (10 or 7 digit)

TLO Person ID:

Date Range Seen at Address
to

Search Results Layout
● Classic ○ Locate ○ Basic
3 different views for the price of 1 search

Expand Search if Subject not Found
☐

Your Reference ID:
50 ▼ Results Per Page   Send us Suggestion   User Tips - PDF (last update 04/30/2013)

FOR REPOSSESSION PURPOSES ONLY
version 2.11A - 10/28/2013

**Search**   Clear

Your Current Reference ID: **NONE**
1 result found for people named **LINDA LORENE BEDROSIAN** in the United States.

PRINT or EXPORT SEARCH RESULTS
VIDEO E-TRAINING

**1 Result Found**

[ ] LINDA LORENE BEDROSIAN, 61 Years Old (Orangevale, CA, Sacramento, CA)

Clipboard | Suggestion | UNHAPPY | Testing | HAPPY | Print or Export

**More and Newer Data for:**
LINDA LORENE BEDROSIAN - 61 Years Old

Run Comprehensive Report
Run Assets / Asset Report
Above Reports for this Subject
Hit Information icon for what's in Reports

LINDA LORENE BEDROSIAN (02/01/1982 to 05/25/2013)
LINDA LORENE WHEELER BEDROSIAN (02/01/1982 to 05/17/2013)
LINDA LORENE BEDROSIAN-WHEELER (11/09/2001 to 09/09/2009)

Other Observed Names
LINDA WHEELERBEDROSI (02/01/1982 to 05/17/2013)
LINDA L WHEELERBEDROSIA (02/01/1982)

SSN
Issued.

Other People who have used this SSN. This does not usually indicate fraud.
BEDROSIAN LINDA WHEELER [ View Person Record ]

Date of Birth [Add New DOB]
DOB: 08/1952 [Copy] [Update]
Age: 61

**Relationship Diagram**
Possible Relatives [Add New Relative]
Adrienne S Bedrosian 06/1980 Age: 33 [Update]
Royce Brandon Bedrosian 03/1982 Age: 31 [Update]

Indicators
Bankruptcies: 2 Found, Latest in 2009
Liens: 1 Found, Latest in 2009
Judgments: None Found
Utilities: None Found

**Cities**
Orangevale, CA (10/2009 to 05/25/2013)
Sacramento, CA (02/1982 to 05/31/2010)

[ Show Carriers ]
Possible Other Phones [Add New Phone]
PT) (M) (99%) [Update]
(99%) [Update]
(68%) [Update]
PT) (L) (51%) [Update]

Run Super Phone Report

**Counties**
Sacramento County, CA (02/1982 to 05/25/2013)

**Possible Email Addresses [Add New Email]**
Check Social Networks for All
linda.bedrosian@cableone.net [Update]
bedros1980@yahoo.com [Update]

**Address History (5 of 5)**   Map All Addresses   [Show Carriers] [Add New Address]
(04/03/2011 to 10/30/2013) [Update]
(10/2009 to 01/2013) [Update]

6 Current Commercial Phones
21 Current Private Phones

1989 to 05/31/2010) [Update]

Subdivision Name: COLLEGE GREENS
1 Current Private Phone
Current Private Phone at address

,02/1982 to 12/1988) [Update]
Sub... ... ... PANORAMA VILLAGE
2/1982 to 02/1982) [Update]

EXHIBIT __C__ PAGE __4__

**1 Result Found**

**Jay Blocksom, President**
Blocksom & Blocksom LLC
69 Willie Head Rd
Buchanan, GA 30113
www.goodnewsassetrecovery.com
(770) 651-7973

**Firm Overview**

Formed in 2009, Blocksom & Blocksom LLC provides asset recovery services nationally. Each year the Company spends countless hours researching public records, court documents, deeds, wills, bankruptcy filings, and other sources to locate unclaimed assets and their rightful owners. As a result of these efforts, they have uncover millions of dollars in unclaimed or lost assets due to people and businesses who were not notified that they are the rightful owners of the assets.

**Jay Blocksom Experience**

President/Asset Recovery Specialist, 2009 – Present

Jay Blocksom is president and co-founder of Blocksom & Blocksom LLC. As president, Jay is responsible for overseeing the daily and fiscal operations of all aspects of Blocksom & Blocksom LLC, which includes the following:

- Responsible for the procurement, supervision, and training of all asset recovery specialists as subcontractors.

- Responsible for the creation, implementation and management of all policies, strategies, records and exclusive research methods used by the firm to locate unclaimed assets/monies belonging to known and unknown heirs, creditors and beneficiaries.

- Responsible for the oversight of Blocksom & Blocksom LLC's national audit of county, state, federal, and corporate entities (both public and private) for the purpose of determining unclaimed assets/monies, and their prospective owners.

- Upon retrieval of data, i.e., public records, court documents, deeds, wills, bankruptcy filings, obituaries, subscriptions to paid databases, etc., responsible for its scrutiny and securement.

- Responsible for overseeing written and electronic communication to prospective clients, especially initial contact, follow-up, and the dissemination of all agreements.

- Ultimately responsible for making the final decision - after cross-checking and confirming - that such retrieved information corresponds to, and provides a match for, a potential claimant.

**Education**

Bachelor's Degree in Criminal Justice, 1991 – Pennsylvania State University


EXHIBIT D PAGE 1