Geoffrey Richards, Trustee
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
PO Box 579
Orinda, CA 94563
(916) 288-8365

FILED
MAR 19 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-31872-C-7 |
|---|---|
| LINDA L. BEDROSIAN-WHEELER | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find attached hereto check number 3016 in the amount of $97,638.35 representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| N/A | Linda Bedrosian Wheeler (Debtor)<br>19 Seine Court<br>Sacramento, CA 95826 | Surplus Funds – unable to locate debtor | 97,638.35 |
| | | Total Unclaimed Dividends: | $97,638.35 |

Dated: March 5, 2015

_____
GEOFFREY RICHARDS, Bankruptcy Trustee