

FILED

MAR 1 9 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**Geoffrey Richards, Trustee**
**Bankruptcy Trustee**
**Chapter 7 Bankruptcy Trustee**
**PO Box 579**
**Orinda, CA 94563**
**(916) 288-8365**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-31872-C-7 |
|---|---|
| **LINDA L. BEDROSIAN-WHEELER** | Chapter 7 |
| **Debtor(s)** | **NOTICE OF UNCLAIMED DIVIDENDS** |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find attached hereto check number 3016 in the amount of $97,638.35 representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| N/A | Linda Bedrosian Wheeler (Debtor) 19 Seine Court Sacramento, CA 95826 | Surplus Funds – unable to locate debtor | 97,638.35 |
| | | *Total Unclaimed Dividends:* | $97,638.35 |

Dated: March 5, 2015

GEOFFREY RICHARDS, Bankruptcy Trustee