Geoffrey Richards, Trustee
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
PO Box 579
Orinda, CA 94563
(916) 288-8365



FILED
APR 2 2 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-31872-C-7 |
|---|---|
| LINDA L. BEDROSIAN-WHEELER | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find attached hereto check number 3017 in the amount of $429.59 representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the cl1aimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| #10 | Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | $11,236.23 including interest. Case is a surplus case. Claim originaly paid in full by check 3013. | $429.59 Amount returned by Bank of America by Cashiers Check stating claim overpaid. Case is surplus case where debtors surplus funds were turned over to the court. Docket #100 |
| | | Total Unclaimed Dividends: | 429.59 |

Dated: April 17, 2015

GEOFFREY RICHARDS, Bankruptcy Trustee