Geoffrey Richards, Trustee
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
PO Box 579
Orinda, CA 94563
(916) 288-8365

BRES FILED

APR 24 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

LINDA L. BEDROSIAN-WHEELER

Debtor(s)

Case No. 09-31872-C-7

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 3018 in the amount of $15,006.68 representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | Beneficial Finance Inc<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | $14,622.49 plus interest $384.19 returned by creditor. Originally paid by check #3014 | $15,006.68 |
| | Total Unclaimed Dividends: | | $15,006.68 |

Dated: April 21, 2015

_____
GEOFFREY RICHARDS, Bankruptcy Trustee