GEOFFREY M. RICHARDS
Bankruptcy Trustee
P.O. Box 579
Orinda, CA 94563
(916) 288-8365

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BEDROSIAN-WHEELER, LINDA L. | § | Case No. 09-31872-C-7 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Geoffrey Richards, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Geoffrey Richards_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Indymac Bank |  |  |  |  |  |
|  | New Venture Mortgage Corp |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GEOFFREY RICHARDS | | | | | |
| GEOFFREY RICHARDS | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Union Bank | | | | | |
| SUNTAG, DANA A. | | | | | |
| JAY BLOCKSOM | | | | | |
| SWANSON, JERRY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sacramento County Tax Collector | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chevron | | | | | |
| | Comcast Cable | | | | | |
| | Conty of Sacramento Utlities | | | | | |
| | Direct TV | | | | | |
| | RVP Company | | | | | |
| | The Sacramento Bee | | | | | |
| | Verizon Wireless | | | | | |
| | XM Radio | | | | | |
| | BANK OF AMERICA | | | | | |
| 000010 | BANK OF AMERICA | | | | | |
| 000001 | BAY ALARM CO. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CITY OF SACRAMENTO | | | | | |
| 000009 | HOME DEPOT | | | | | |
| 000003 | NORDSTROM FSB | | | | | |
| 000007 | PACIFIC GAS AND ELECTRIC COMPANY | | | | | |
| 000005 | PG E | | | | | |
| 000002 | SACRAMENTO MUNICIPAL UTILITY DISTRI | | | | | |
| 000008 | WEBBANK-FINGERHUT | | | | | |
| 000011 | BENEFICIAL FINANCIAL I INC | | | | | |
| | USBC - CLERK | | | | | |
| | BANK OF AMERICA | | | | | |
| | BAY ALARM CO. | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITY OF SACRAMENTO | | | | | |
| | HOME DEPOT | | | | | |
| | NORDSTROM FSB | | | | | |
| | PG E | | | | | |
| | SACRAMENTO MUNICIPAL UTILITY DISTRI | | | | | |
| | WEBBANK-FINGERHUT | | | | | |
| | USBC - CLERK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-31872 | C | Judge: CHRISTOPHER M. KLEIN | | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | | | | Date Filed (f) or Converted (c): | 06/10/09 (f) |
| | | | | | 341(a) Meeting Date: | 07/14/09 |
| For Period Ending: | 05/18/15 | | | | Claims Bar Date: | 02/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENCE | 290,000.00 | 0.00 | | 0.00 | FA |
| 19 Seine Court, Sacramento, CA  95826 | | | | | |
| 2. FINANCIAL ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| Wells Fargo Bank Acct #8295 | | | | | |
| 3. FINANCIAL ACCOUNTS | 150.00 | 0.00 | | 0.00 | FA |
| Washington Mutual Bank Acct #558-3 | | | | | |
| 4. HOUSEHOLD GOODS | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES | 850.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 20.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 65.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 1986 Chevrolet Van | | | | | |
| 10. OFFICE EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY AND SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |
| 12. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 13. OTHER MISCELLANEOUS | 55.00 | 0.00 | | 0.00 | FA |
| 14. ESTATE OF A DECEDENT (u) | 0.00 | 246,906.69 | | 246,906.69 | FA |
| Undisclosed inheritance | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $293,040.00         $246,906.69         $246,906.69         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 09-31872    Filed 06/09/15    Doc 103

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-31872    C    Judge: CHRISTOPHER M. KLEIN | Trustee Name: | Geoffrey Richards |
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | Date Filed (f) or Converted (c): | 06/10/09 (f) |
| | | 341(a) Meeting Date: | 07/14/09 |
| | | Claims Bar Date: | 02/24/14 |

Undisclosed inheritance - Funds turned over to estate, and this is a surplus case. Debtor cannot be located. Update 6/30/14 PI has been hired to attempt to locate debtor, but no luck so far. Estimated TFR has been extended. Debtor could not be located. TFR to be filed.

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 12/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-31872 -C | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- |
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5996 Checking Account |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 05/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/13 | 14 | County of Placer<br>Auburn, CA 95603 | Non disclosed debtors inheritance | 1229-000 | 246,906.69 | | 246,906.69 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 23.68 | 246,883.01 |
| 02/05/14 | | International Sureties Ltd<br>701 Podras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 185.24 | 246,697.77 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 366.97 | 246,330.80 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 331.15 | 245,999.65 |
| 03/27/14 | 003001 | JAY BLOCKSOM<br>69 Willie Head Road<br>Buchanan, GA 30113 | Trustee Specialist Fee<br>Per Court Order Dated 3 25 14<br>Docket 52 | 3991-000 | | 61,726.67 | 184,272.98 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 354.17 | 183,918.81 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 264.95 | 183,653.86 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 273.30 | 183,380.56 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 264.08 | 183,116.48 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 272.47 | 182,844.01 |
| 09/19/14 | 003002 | Herum Crabtree Suntag<br>5757 Pacific Avenue, Suite 222<br>Stockton, CA 95207 | Trustee Attorney Fees and Expense | 3210-000 | | 20,000.00 | 162,844.01 |
| 09/25/14 | 003003 | Jerry Swanson<br>Swanson Private Investigations<br>2529 West March Lane, Suite 204<br>Stockton, CA 95207 | Other Professional Fees and Expense | 3991-000 | | 225.00 | 162,619.01 |
| 03/05/15 | 003004 | GEOFFREY RICHARDS<br>PO Box 579<br>Orinda, CA 94563 | Chapter 7 Compensation/Expense | | | 10,779.10 | 151,839.91 |
| | | | Fees        10,713.42 | 2100-000 | | | |
| | | | Expenses       65.68 | 2200-000 | | | |
| | | | Page Subtotals | | 246,906.69 | 95,066.78 | |

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-31872 -C | | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5996  Checking Account |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 05/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/15 | 003005 | Bay Alarm Co.<br>60 Berry Dr<br>Pacheco CA 94553 | Claim 000001, Payment 103% | | | 399.34 | 151,440.57 |
| | | | Claim    389.12 | 7100-000 | | | |
| | | | Interest   10.22 | 7990-000 | | | |
| 03/05/15 | 003006 | SACRAMENTO MUNICIPAL UTILITY DISTRICT<br>PO BOX 15830<br>SACRAMENTO, CA 95852-1830 | Claim 000002, Payment 103%<br>(2-1) Account Number (last 4 digits):3081 | | | 521.57 | 150,919.00 |
| | | | Claim    508.22 | 7100-000 | | | |
| | | | Interest   13.35 | 7990-000 | | | |
| 03/05/15 | 003007 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 000003, Payment 103%<br>(3-1) Account Number (last 4 digits):8179 | | | 11,006.29 | 139,912.71 |
| | | | Claim  10,724.51 | 7100-000 | | | |
| | | | Interest  281.78 | 7990-000 | | | |
| 03/05/15 | 003008 | City of Sacramento<br>Revenue Division<br>915 I St #1201<br>Sacramento CA 95814 | Claim 000004, Payment 103% | | | 874.34 | 139,038.37 |
| | | | Claim    851.96 | 7100-000 | | | |
| | | | Interest   22.38 | 7990-000 | | | |
| 03/05/15 | 003009 | PG E<br>P O BOX 997300<br>Sacramento CA 95899-7300 | Claim 000005, Payment 103%<br>(5-1) Account Number (last 4 digits):3081 | | | 607.35 | 138,431.02 |
| | | | Claim    591.80 | 7100-000 | | | |
| | | | Interest   15.55 | 7990-000 | | | |
| 03/05/15 | 003010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 103%<br>(6-1) Account Number (last 4 digits):4303 | | | 8,744.93 | 129,686.09 |

Page Subtotals    0.00    22,153.82

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Case 09-31872    Filed 06/09/15    Doc 103

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-31872 -C | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- |
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******5996  Checking Account |
| Taxpayer ID No: | *******7496 |  |  |
| For Period Ending: | 05/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/15 | 003011 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | Claim 8,521.05  7100-000<br>Interest 223.88  7990-000<br>Claim 000008, Payment 103%<br>(8-1) Account Number (last 4 digits):3484 |  |  | 1,354.53 | 128,331.56 |
| 03/05/15 | 003012 | HOME DEPOT<br>P O BOX 6028<br>The Lakes NV 88901-6028 | Claim 1,319.85  7100-000<br>Interest 34.68  7990-000<br>Claim 000009, Payment 103%<br>(9-1) Account Number (last 4 digits):3081 |  |  | 4,450.30 | 123,881.26 |
| 03/05/15 | 003013 | Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Claim 4,336.37  7100-000<br>Interest 113.93  7990-000<br>Claim 000010, Payment 103%<br>(10-1) Account Number (last 4 digits):6666 |  |  | 11,236.23 | 112,645.03 |
| * 03/05/15 | 003014 | BENEFICIAL FINANCIAL I INC<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | Claim 10,948.57  7100-000<br>Interest 287.66  7990-000<br>Claim 000011, Payment 103% |  |  | 15,006.68 | 97,638.35 |
| * 03/05/15 | 003015 | LINDA L. BEDROSIAN-WHEELER<br>19 SEINE CT<br>SACRAMENTO, CA  95826 | Claim 14,622.49  7100-003<br>Interest 384.19  7990-003<br>Surplus Funds | 8200-003 |  | 97,638.35 | 0.00 |
| * 03/05/15 | 003015 | LINDA L. BEDROSIAN-WHEELER<br>19 SEINE CT<br>SACRAMENTO, CA  95826 | Surplus Funds<br>Unable to locate debtor as stated in Trustee Fee Application | 8200-003 |  | -97,638.35 | 97,638.35 |
| 03/05/15 | 003016 | UNITED STATES BANKRUPTCY COURT | Surplus Funds | 8200-001 |  | 97,638.35 | 0.00 |

Page Subtotals          0.00          129,686.09

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31872 -C | | Trustee Name: | Geoffrey Richards |
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5996  Checking Account |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 05/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/15 | | CLERK OF THE COURT<br>ATTN: FINANCE<br>501 I STREET, SUITE 3-200<br>SACRAMENTO, CA 95814<br>Bank of America<br>San Antonio, TX<br>Cashier's Check | Refund on claim #10 for difference<br>of the original check #3013 for $11,236.63 paid and<br>the account being paid in full per letter from BofA. | 7100-000 | | -429.59 | 429.59 |
| 04/17/15 | 003017 | UNITED STATES BANKRUPTCY COURT<br>CLERK OF THE COURT<br>ATTN: FINANCE<br>501 I STREET, SUITE 3-200<br>SACRAMENTO, CA 95814 | Funds returned by BofA<br>Bank of Amreica originally was paid $11,236.23 by<br>check 3013 for 100% payment of claim #10 plus<br>interest.  Bank of America returned $429.59 by<br>cashiers check stating claim was paid in full.  This is<br>surplus case and all creditors have been paid in full. | 7100-001 | | 429.59 | 0.00 |
| * 04/21/15 | 003014 | BENEFICIAL FINANCIAL I INC<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | Claim 000011, Payment 103% | | | -15,006.68 | 15,006.68 |
| | | | Claim      (    14,622.49  ) | 7100-003 | | | |
| | | | Interest   (       384.19) | 7990-003 | | | |
| 04/21/15 | 003018 | UNITED STATES BANKRUPTCY COURT<br>CLERK OF THE COURT<br>ATTN: FINANCE<br>501 I STREET, SUITE 3-200<br>SACRAMENTO, CA 95814 | Claim 000011, Payment 103%<br>Check 3014 dtd 3 /5/14 to Beneficial Finance in the<br>amount of $15,006.68 for payment of claim 11<br>returned with letter stating "Creditor has elected to<br>waive any right to additional payments on the claim"<br>This is a suprlus case and all other creditors have been<br>paid in full, and the surplus previoulsy turned over to<br>the court. | | | 15,006.68 | 0.00 |
| | | | Claim           14,622.49 | 7100-001 | | | |
| | | | Interest             384.19 | 7990-001 | | | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31872 -C | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | BEDROSIAN-WHEELER, LINDA L. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5996  Checking Account |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 05/18/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 246,906.69 | 246,906.69 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 246,906.69 | 246,906.69 | |
| Less:  Payments to Debtors | | 97,638.35 | |
| Net | 246,906.69 | 149,268.34 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5996 | 246,906.69 | 149,268.34 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 246,906.69 | 149,268.34 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

Ver: 18.04c