# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: )
LINDA L. BEDROSIAN-WHEELER )　　　Case No. 09-31872
)
)
)
　　　　　　　　Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of Royce Bedrosian, seeking payment of funds previously unclaimed by Royce Bedrosian (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that Royce Bedrosian is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ $113,074.62 from the Unclaimed Funds to:

Royce Bedrosian
59 Stanislaus Circle
Sacramento, California 95831

The funds may be disbursed only after 14 calendar days from the entry of this court's order to allow for the appeal period to pass.

Dated: October 28, 2022

_____
United States Bankruptcy Judge